UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MORGAN, | No. 1:26-cv-03534-JLT-EPG |
| Plaintiff, | SCREENING ORDER |
| v. | ORDER ALLOWING CASE TO PROCEED ON CLAIMS AND AUTHORIZING SERVICE OF COMPLAINT |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | (ECF NO. 1) |

Plaintiff Carl Morgan ("Plaintiff") is proceeding *pro se* and *in forma pauperis*. (ECF Nos. 2, 3). Plaintiff filed the complaint commencing this action on May 7, 2026. (ECF No. 1). In the complaint, Plaintiff alleges that Defendant Wells Fargo Bank, N.A. furnished information about a compromised account to Defendant Early Warning Services, LLC., a credit reporting agency, and following an investigation EWS failed to remove the compromised account from Plaintiff's credit report. (ECF No. 1).

The complaint is now before the Court for screening, and as Plaintiff is proceeding *in forma pauperis*, the Court screens this complaint under 28 U.S.C. § 1915. "Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that the action or appeal fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii). Upon review of the complaint, the Court finds the

1

complaint may proceed past screening.[1]

As the Court has concluded that Plaintif's complaint may proceed past screening, the Court will issue an order regarding service of the complaint in due course.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's complaint may proceed past screening against Defendants Wells Fargo Bank, N.A. and Early Warning Services, LLC.

IT IS SO ORDERED.

Dated:   **June 18, 2026**                    /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Nothing in this order precludes any defendant from filing a motion to dismiss some or all of the claims in the complaint.

2