UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MORGAN,<br><br>Plaintiff(s),<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.<br><br>Defendants. | No. 1:26-cv-03534-JLT-EPG<br><br>**ORDER FINDING SERVICE OF COMPLAINT APPORPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS**<br><br>(ECF No. |

Plaintiff Carl Morgan is proceeding *pro se* and *in forma pauperis* in this civil action. (ECF Nos. 2, 3). The Court screened Plaintiff's complaint under 28 U.S.C. § 1915 and found the complaint may proceed past screening.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    a. **Wells Fargo Bank, N.A.**

    b. **Early Warning Services, LLC**

2. The Clerk of Court shall send Plaintiff one (2) USM-285 form, one (2) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the Complaint filed on May 7, 2026. (ECF No. 1)

3. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit it to the Court with the following documents:

    a. Completed summons for the defendants listed above;

1

b.  Completed USM-285 forms for the defendants listed above; and

c.  Three (3) copies of the endorsed complaint filed on May 7, 2026 (ECF No. 1)

4.  Plaintiff need not attempt service on the defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.  **Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **June 18, 2026**          /s/ _Erica P. Grosjean_
                                    UNITED STATES MAGISTRATE JUDGE

2